# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |
|---|---|
| JASON CABOT, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| WILLIAM LEWIS, et al., | ) |
|  | ) |
| Defendants. | ) |

_____ )

Civil Action No. 13-CV-11903-FDS

## SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE AND ERIK BENNETT'S MOTION TO QUASH SUBPOENA

The Suffolk County District Attorney's Office and Erik Bennett, a former assistant district attorney in that office, respectfully move this Court to quash a subpoena sent to Mr. Bennett by the plaintiff requiring him to testify at a deposition and produce documents in this matter.  The subpoena was not properly served and seeks information protected by the work-product doctrine, the deliberative process privilege, and the Commonwealth of Massachusetts's absolute privilege for communications made to secure the enforcement of law.  The Court should grant the motion to quash for these reasons, which are explained more fully in the accompanying memorandum of law.

WHEREFORE, the Suffolk County District Attorney's Office and Mr. Bennett respectfully request that the Court quash the subpoena.

Respectfully submitted,

MARTHA COAKLEY
ATTORNEY GENERAL


/s/ Christopher Hurld
Christopher Hurld
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 963-2630
BBO No. 664804

Dated:  March 21, 2014


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for all parties by operation of the Court's Electronic Case Filing System on March 21, 2014.

/s/ Christopher Hurld
Christopher Hurld
Assistant Attorney General